# LAW OFFICE OF GERALD R. VELARDE, P.C.
## 2531 Wyoming Blvd NE
## Albuquerque, NM  87112
## (505) 248-0050

Irene Foster  May 9, 2016
2011 Troy King Road #331  788-1
Farmington, NM  87401


Matter No. 788-1
Chapter 13 Bankruptcy


**Fees:**                                                                                                           Hours

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/02/15 | GRV | Conference with client to discuss financial status and bankruptcy options; prepare initial means test | 1.20 | 270.00 |
| 11/04/15 | RB | Prepare letter to client re information and documents that must be produced by client to prepare chapter 13 case | 0.40 | 40.00 |
| 12/23/15 | RB | Conference with client to review information and documents produced by client to prepare chapter 13 case | 1.30 | 130.00 |
| 02/02/16 | RB | Review Pension Income, SS income and tax returns to prepare CMI | 1.10 | 110.00 |
| 02/03/16 | RB | Conference with client to review and review schedules, Statement of Affairs & CMI | 1.25 | 125.00 |
| 02/04/16 | GRV | Prepare Motion to Assume Contract with Verizon; prepare Notice of Motion | 0.50 | 112.50 |
| 02/04/16 | GRV | Prepare Motion to Avoid Lien of 461 Bloomfield Loans; prepare Notice of Motion | 0.50 | 112.50 |
| 02/04/16 | GRV | Prepare Motion to Avoid Lien of Aztec Fin; prepare Notice of Motion | 0.50 | 112.50 |
| 02/04/16 | RB | Conference with client re questions on timing of filing case | 0.30 | 30.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/09/16 | RB | Prepare letter to client re instructions for meeting of creditors | 0.25 | 25.00 |
| 03/14/16 | GRV | Review and revise Schedules, Statement of Affairs and Means Test; prepare Plan; prepare Notice of Plan | 1.35 | 303.75 |
| 03/15/16 | RB | Prepare letter to client re chapter 13 plan and Certificate regarding requirement to file tax returns | 0.30 | 30.00 |
| 03/15/16 | RB | Prepare Certificate regarding requirement to file tax returns | 0.30 | 30.00 |
| 03/17/16 | RB | Conference with client re questions on chapter 13 plan | 0.30 | 30.00 |
| 03/18/16 | RB | Conference with client re letter received from trustee on tax refunds | 0.25 | 25.00 |
| 03/23/16 | RB | Prepare Confirmation Affidavit | 0.45 | 45.00 |
| 03/24/16 | RB | Prepare letter to trustee re documents | 0.30 | 30.00 |
| 04/05/16 | GRV | Prepare Motion to Value Collateral held by DiTech; prepare Notice of Motion | 0.50 | 112.50 |
| 04/05/16 | GRV | Prepare Motion to Avoid Lien of Title Cash of NM; prepare Notice of Motion | 0.50 | 112.50 |
| 04/05/16 | GRV | Prepare Motion to Value Collateral held by United Consumer Financial; prepare Notice of Motion | 0.50 | 112.50 |
| 04/05/16 | GRV | Prepare Motion to Avoid Lien of World Finance; prepare Notice of Motion | 0.50 | 112.50 |
| 04/07/16 | GRV | Travel to and from Farmington to attend creditors meeting with client; conference with client in preparation for creditors meeting; attend creditors meeting with client; conference with client at conclusion of creditors meeting re additional information and documents needed | 3.60 | 810.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/25/16 | GRV | Review file in preparation for meeting with Trustee | 1.20 | 270.00 |
| 04/27/16 | GRV | Prepare Affidavit of Family Member re Contributions to debtor is aid of plan payments; prepare order confirming plan | 1.25 | 281.25 |
| 05/02/16 | GRV | Prepare Order on Motion to Assume Contract with Verizon | 0.30 | 67.50 |
| 05/02/16 | GRV | Prepare Order on Motion to Avoid Lien of 461 Bloomfield Loans | 0.30 | 67.50 |
| 05/02/16 | GRV | Prepare Order on Motion to Avoid Lien of Aztec Fin/Ryl Mgt | 0.30 | 67.50 |
| 05/02/16 | GRV | Prepare Order on Motion to Avoid Lien of Title Cash of NM, Inc. | 0.30 | 67.50 |
| 05/02/16 | GRV | Prepare Order on Motion to Avoid Lien of World Finance of NM | 0.30 | 67.50 |
| 05/02/16 | GRV | Prepare Order on Motion to Value Collateral of DiTech Financial | 0.30 | 67.50 |
| 05/02/16 | GRV | Prepare Order on Motion to Value Collateral held by United Consumer Financial | 0.30 | 67.50 |
| 05/02/16 | RB | Prepare letter to client re Affidavit of Regina Deale for review and signature | 0.20 | 20.00 |
| 05/03/16 | GRV | Prepare Motion to Avoid Lien of Bloomfield Fin/Rtl Mgt; prepare Notice of Motion | 0.50 | 112.50 |
| 05/03/16 | GRV | Conference with Trustee re resolution of confirmation issues | 0.80 | 180.00 |
| 05/06/16 | RB | Prepare letter to client re terms of confirmed plan | 0.40 | 40.00 |
| 05/09/16 | GRV | Prepare Fee Application; prepare Notice of Fee Application | 0.85 | 191.25 |

|  |  |
|---|---|
| Hours: | 23.45 |
| Total fees: | $4,388.75 |

**Expenses:**

| | | | | |
|---|---|---|---|---:|
| 03/22/16 | GRV | Postage | | 15.98 |
| 03/22/16 | GRV | Photocopies | | 76.50 |
| 04/07/16 | GRV | Travel reimbursement for travel to Farmington | | 97.20 |
| 05/09/16 | GRV | Postage | | 32.43 |
| 05/09/16 | GRV | Photocopies | | 73.50 |
| | | | Total expenses: | $295.61 |

**Tax Summary**

| Gross Receipts | 7.1875% of $4,684.36 | $336.69 |
|---|---|---|

**Billing Summary**

| | |
|---|---:|
| Previous balance | $0.00 |
| Payments & adjustments | 0.00 |
| Current fees & expenses | 4,684.36 |
| Tax on current charges | 336.69 |
| **Total now due** | **$5,021.05** |